UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
MEGHAN PIPER JOHNSON, REBECCA          :
PARDUE and RODENELLIE PLUVIOSE,        :
on behalf of themselves and all other           :
persons similarly situated,                             :          22-CV-0857 (VSB)
:
                        Plaintiffs,          :          **ORDER**
:
      -against-                                         :
:
BODY & POLE, INC. and KYRA                :
JOHANNESEN,                                          X

                        Defendants.
-----------------------------------------------------------

<u>VERNON S. BRODERICK, United States District Judge</u>:

      I am in receipt of the Parties' joint status letter filed on August 31, 2022.  (Doc. 60.)

Accordingly, it is hereby:

      ORDERED that in advance of the post-discovery conference scheduled for October 28, 2022, the Parties must submit a joint letter updating the Court on the status of the case in accordance with my June 21, 2022 Order.  (Doc. 52.)

SO ORDERED.

Dated:  September 1, 2022
       New York, New York

                                                 Vernon S. Broderick
                                                 United States District Judge