UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

MEGHAN PIPER JOHNSON, REBECCA PARDUE and
RODENELLIE PLUVIOSE, on behalf of themselves
and all other persons similarly situated,

        Plaintiffs,

  -v-                                                   No. 22-CV-00857-LTS

BODY & POLE, INC. and KYRA JOHANNESEN,

        Defendants.

-------------------------------------------------------x

## Order

        In light of the Court's February 7, 2023 Order approving the parties' preliminary settlement motion (DE 70), the pending motion to certify class (DE 45) is terminated without prejudice. The Clerk's Office is respectfully directed to update the docket accordingly.

        SO ORDERED.

Dated: New York, New York                    /s/ Laura Taylor Swain
       February 8, 2023                        LAURA TAYLOR SWAIN
                                                  Chief United States District Judge