UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEGHAN PIPER JOHNSON, REBECCA PARDUE and RODENELLIE PLUVIOSE, on behalf of themselves and all other persons similarly situated,<br><br>      *Plaintiffs,*<br>v.<br><br>BODY & POLE, INC. and KYRA JOHANNESEN,<br><br>      *Defendants.* | Case No. 22-CV-00857<br><br>Judge Laura Taylor Swain |

**NOTICE OF UNOPPOSED MOTION
FOR FINAL APPROVAL OF THE PROPOSED CLASS AND COLLECTIVE
ACTION SETTLEMENT**

PLEASE TAKE NOTICE that, upon the annexed Declaration of Benjamin Rudolph Delson, Esq., dated May 3, 2023, the exhibits annexed thereto, the accompanying memorandum of law in support of the unopposed motion for final approval of the settlement agreement, and all the pleadings and proceedings heretofore had herein, the undersigned, without opposition, moves this Court, before the Hon. Laura Taylor Swain, United States District Judge, in the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 17C, New York, New York 10007, on a return date to be set by the Court, for an Order:

(1) Granting final approval to the settlement reached by the parties in this action, as embodied in their Settlement Agreement And Release attached as Exhibit A to the Delson Declaration;

(2) Certifying the following settlement class (the "Class") under Federal Rule of Civil Procedure 23 in connection with the settlement process: All individuals who were Work-Studies at Defendant Body & Pole, Inc., at any time from February 1, 2016 through February 7, 2023 (the date of the Court's Order granting Preliminary Approval of the Settlement); and certifying the following Collective Action (the "Collective Action") under Section 216(b) of the Fair Labor Standards Act:   All individuals who were Work-Studies at Defendant Body & Pole, at any time from February 1, 2019 through February 7, 2023;

(3) Approving an award of attorney's fees in the amount of $36,000 to Granovsky & Sundaresh PLLC, Class Counsel in this matter;

(4) Entering judgment dismissing this action with prejudice as provided in the Proposed Order attached to the Delson Declaration as Exhibit H; and

(5) For such other and further relief as the Court may deem just and proper.

A Proposed Order is attached hereto as Exhibit H.

Dated:     New York, New York
           May 3, 2023

                                                    Respectfully Submitted,

                                                    GRANOVSKY & SUNDARESH PLLC

                                                    <u>/s/ Benjamin Rudolph Delson</u>
                                                    Benjamin Rudolph Delson
                                                    Alexander Granovsky
                                                    48 Wall Street, 11th Floor
                                                    New York, NY 10005
                                                    delson@g-s-law.com
                                                    ag@g-s-law.com
                                                    (646) 524-6001
                                                    *Attorneys for Plaintiffs*